**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7407**

———————

MACK RAY LITTLE,

                         Petitioner - Appellant,

    versus

UNITED STATES OF AMERICA,

                         Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(CR-92-369-M-1, CA-02-510-4-25)

———————

Submitted:  November 6, 2003    Decided:  November 25, 2003

———————

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mack Ray Little, Appellant Pro Se.  Eric William Ruschky, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mack Ray Little appeals the district court's order denying his petition for a writ of coram nobis, granting summary judgment to defendant, and denying his motion to amend his petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Little v. United States</u>, Nos. CR-92-369-M-1; CA-02-510-4-25 (D.S.C. filed Aug. 20, 2003 & entered Aug. 21, 2003). We deny Little's request for a certificate of appealability because a certificate of appealability is not required for our review of the denial of coram nobis relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>